IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VICTORIA FIELDS | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-276-TJW-CE |
| | § | |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, TEXARKANA DIVISION, ET AL. | § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 8) has been presented for consideration. The report recommends that the Court DISMISS this case for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6). Victoria Fields filed objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 10).

The Court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this Court. Accordingly, it is ORDERED that the above-styled case is DISMISSED.

It is so ORDERED.

SIGNED this 11th day of July, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE